UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          Oct 14 2005

                                        BROOKLYN OFFICE
UNITED STATES OF AMERICA
                                    Docket No. 05 CR 438 (JG)
    -against-

Ira Taranow
_____

              CONSENT TO HAVE A PLEA TAKEN
         BEFORE A UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

                                    _____
                                    Defendant

_____              _____
U. S. Attorney                       Defendant's Attorney
by AUSA

Dated: Brooklyn, New York
       Oct 14, 2005


              BEFORE:   s/Cheryl Pollak
                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        CHERYL POLLAK