RTF:DDN:vh
F. #2005R00864

OCT 21 2005

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

IRA TARANOW,

        Defendant.

- - - - - - - - - - - - - - - - X

05-CR-438 (JG)

## MOTION TO UNSEAL

The United States of America, by Assistant United States Attorney Debra D. Newman, hereby moves this Court for an order unsealing the above-referenced case.

On June 1, 2005, the government filed the Rule 7(b), Fed. R. Crim. P. motion and information sheet in this case under seal. However, on July 28, 2005, the defendant appeared in open Court and waived indictment. On October 14, 2005, the defendant appeared in open Court and entered a guilty plea to the felony information filed in this case. Accordingly, the case captioned

United States v. Ira Taranow, Criminal Docket No. 05-CR-438 (JG) can be unsealed by the Clerk's Office for the Eastern District of New York.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: *Debra Newman*
Debra Newman
Assistant U.S. Attorney

SO ORDERED:

s/John Gleeson
Honorable John Gleeson
United States District Judge
Eastern District of New York