**Daniel F. Lynch**
Attorney at Law
20 Vesey Street, Suite 410
New York, NY 10007

(212) 571-4888
Fax (212) 571-4848
http://www.daniellynchesq.com

*Granted*
*So ordered*

s/John Gleeson
USDJ

April 7, 2006  4/7/06

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2006 ★

BROOKLYN OFFICE

BY FACSIMILE TRANSMISSION
The Honorable John Gleeson, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. v. Taranow*
Dkt: 05 CR 0438

Dear Judge Gleeson:

I am counsel of record for the above-referenced defendant. I write to request the Court's permission for the defendant to travel to Ulster County, New York this Sunday, April 9, 2006.

On or about November, 2005, the defendant's travel was restricted to the Southern and Eastern Districts of New York, as a result of a positive drug test during his probation assessment. Since November, the defendant has reported on a weekly basis to Pre-Trial services and has had no further positive tests.

Mr. Taranow seeks to travel to Ulster County, which is a short distance north of the border of the Southern District. He will be visiting his brother who is enrolled in a alcohol and drug inpatient program. The program is Veritas Village located in the town of Kerhonkson, New York. Mr. Taranow's presence and his support of his brother is crucial to his brother's continued progress and treatment.

The defendant will return to his home in the Eastern District on the same day.

Thank you in advance for your consideration of this matter.

2

If any further information is required, it will be supplied forthwith.

Sincerely,

Daniel F. Lynch
Attorney for Defendant

cc: A.U.S.A. Steven Breslow
by Fax (718) 254-6180