**Daniel F. Lynch**
Attorney at Law
20 Vesey Street, Suite 410
New York, NY 10007

(212) 571-4888
Fax (212) 571-4848
http://www.daniellynchesq.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 14 2006 ★

**BROOKLYN OFFICE**

June 8, 2006

BY FACSIMILE TRANSMISSION
The Honorable John Gleeson, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted
So ordered

s/John Gleeson

Re: *U.S. v. Taranow*
Dkt: 05 CR 0438

USDJ
6-9-06

Dear Judge Gleeson:

    I am counsel of record for the above-referenced defendant. I write to request the Court's permission for the defendant to travel quite outside of his travel restrictions on Saturday and Sunday June 10 and June 11, 2006.

    On or about November, 2005, the defendant's travel was restricted to the Southern and Eastern Districts of New York, as a result of a positive drug test during his probation assessment. Since November, the defendant has reported on a weekly basis to Pre-Trial services and has had no further positive tests.

    Mr. Taranow seeks to travel to Fort Lee, New Jersey, right over the George Washington Bridge from the Southern District. He will be attending a gathering of family and friends at the same location where the Court permitted travel in April, 2006. He will travel to the location on Saturday morning and return to his home on Sunday evening.

    I have spoken to the Assistant U.S. Attorney on this matter, Margo Brodie, and she has indicated that the Government does not oppose this application.

Thank you in advance for your consideration of this matter.

If any further information is required, it will be supplied forthwith.

Sincerely,

Daniel F. Lynch
Attorney for Defendant

cc: A.U.S.A. Margot Brodie
    by Fax (718) 254-6180